IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

STATE FARM FIRE & CASUALTY CO. : CIVIL ACTION
:
v. :
:
ELECTROLUX HOME PRODUCTS, INC., :
et al. NO. 19-935

ORDER

AND NOW, this 25th day of September, 2019, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that the motion of defendant Sears Home Services to dismiss the action as to it for lack of subject matter jurisdiction is GRANTED.

BY THE COURT:

/s/ Harvey Bartle III
                    J.